UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

TANYA MYRIE,

         Defendant.

- - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr. _____

07 CRM 594

## COUNT ONE

The Grand Jury charges:

From in or about November 2006, up to and including in or about December 2006, in the Southern District of New York, TANYA MYRIE, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, and organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount exceeding $1,000, to wit, MYRIE, while employed by Citibank, at the branch located at 349 East 149th Street, Bronx, New York, knowingly allowed unauthorized persons to make fraudulent withdrawals, whose total

amount exceeds $1,000, from bank accounts belonging to Citibank customers.

(Title 18, United States Code, Section 656.)

_____    _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TANYA MYRIE,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.