# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

July 12, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

**BY HAND**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07
```

Re: **United States v. Tanya Myrie**
    07 Cr. 594 (LAK)

Dear Judge Kaplan:

I write on behalf of my client Tanya Myrie, to respectfully request that the Court modify the travel conditions set by Magistrate Judge Maas at the presentment and arraignment on July 3, 2007. At that time, Ms. Myrie was released on her recognizance, with standard travel restrictions. Ms. Myrie frequently travels into the District of New Jersey. Her father is buried at a cemetery in Perth Amboy, New Jersey. We seek a modification to include the District of New Jersey. I have spoken with Steve Kwok, Esq., on behalf of the Government, and he has consented to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

_____
**HONORABLE LEWIS A. KAPLAN**
United States District Judge

*MEMO ENDORSED*
*Granted on consent*
*[signed] Lewis A. Kaplan, USDJ 7/16/07*

cc: Steve Kwok, Esq.
    Assistant United States Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2007

**BY FAX**

The Honorable Lewis A. Kaplan
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Tanya Myrie</u>,
        07 Cr. 594 (LAK)

Dear Judge Kaplan:

    I received a letter, dated July 12, 2007, from Robert M. Baum, counsel to Tanya Myrie, requesting that the defendant's bail conditions be modified to allow her to travel into the District of New Jersey.

    The Government has no objections to this request.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                      Chi T. Steve Kwok
                      Assistant United States Attorney
                      Tel: (212) 637-2415

cc:    Robert M. Baum, Esq. (by fax)
        *Counsel to Tanya Myrie*