

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        -v.-                  :     MISDEMEANOR
                                  INFORMATION

TANYA MYRIE,                    :     S1 07 Cr. 594 (LAK)

        Defendant.            :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From in or about November 2006, up to and including in or about December 2006, in the Southern District of New York, TANYA MYRIE, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, and organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount not exceeding $1,000, to wit, MYRIE, while employed by Citibank, at the branch located at 349 East 149th Street, Bronx, New York, allowed

unauthorized persons to make fraudulent withdrawals from bank accounts belonging to Citibank customers.

(Title 18, United States Code, Section 656.)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TANYA MYRIE,

Defendant.

**MISDEMEANOR**
**INFORMATION**

S1 07 Cr. 594 (LAK)

(18 U.S.C. § 656)


                              MICHAEL J. GARCIA
                           United States Attorney.