UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :

       - v. -                          :    ORDER

TANYA MYRIE,                         :    S1 07 Cr. 594 (LAK)

            Defendant.         :

- - - - - - - - - - - - - - - - - - - -x

       WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on August 29, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          _____, 2007

                                       _____
                                       THE HONORABLE LEWIS A. KAPLAN
                                       UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07